

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
|---|---|---|
| DERYL DESAUSSURE JACKSON JR, | § | No. 08-22-00009-CR |
| Appellant, | § | Appeal from the |
| v. | § | 85th Judicial District Court |
| THE STATE OF TEXAS, | § | of Brazos County, Texas |
| Appellee. | § | (TC# 19-04458-CRF-85) |
| | § | |
| | § | |
| | § | |

# **O R D E R**

On the Court's own motion, and pursuant to Tex.R.App.P. 39.1, the Court finds that oral argument in the above styled and numbered cause would not materially aid in the disposition of this cause, therefore, this case is scheduled to be submitted **without** oral argument on February 23, 2023.

IT IS SO ORDERED this 23rd day of January, 2023.

PER CURIAM

Before Rodriguez, C.J., Palafox and Soto, JJ.

1